Spears & Imes LLP
767 Third Avenue
New York, NY 10017

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

December 21, 2023

Re: *United States v. Miguel Marrero*, 23 Cr. 649 (RA)

Dear Judge Abrams:

> Application granted. The arraignment is adjourned to January 26, 2024 at 2:30 p.m. Time is excluded until January 26, 2024, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> /s/
> Ronnie Abrams, U.S.D.J.
> December 21, 2023

We respectfully write to request that the arraignment currently scheduled in this case for December 22, 2023 be adjourned for approximately 30 days. It is defense counsel's understanding, based in part on information provided by the United States Marshals Service, that Mr. Marrero suffered an extremely severe injury while incarcerated in this case at the Metropolitan Detention Center (the "MDC") in Brooklyn, and that he is currently at a hospital in New Jersey. [REDACTED] He cannot participate in an arraignment in at least the immediate future, and possibly far longer.

The U.S. Attorney's Office consents to this request for an adjournment, and I note that they have been supportive and helpful with respect to dealing with these circumstances and attempting to gain more information.

Separately, defense counsel has been in contact with the Bureau of Prisons to request whatever present written investigative file they have on what happened at the MDC to cause this horrific situation. The BOP has so far denied that request. I am considering various options for appropriate next steps on behalf of Mr. Marrero and I will send another letter to the Court with an update in advance of the adjournment date.

Respectfully submitted,

_____/s_____
Max Nicholas
Spears & Imes LLP
Counsel for Miguel Marrero
212-213-1715
mnicholas@spearsimes.com