

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

January 19, 2024

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

<u>United States v. Miguel Marrero, 23 Cr. 649 (RA)</u>

Dear Judge Abrams:

  I respectfully write to request that the arraignment in this case currently scheduled for January 26, 2024 be adjourned for approximately 60 days. As the Court is aware, the arraignment was previously adjourned from December 22, 2023 to January 26, 2024 due to an extremely severe injury that Mr. Marrero suffered while incarcerated at the MDC in Brooklyn. Unfortunately, due to that injury, Mr. Marrero continues to be confined to a hospital in New Jersey under the care of a medical team there, and his treating physician informed the parties and the U.S. Marshals Service this morning that he is "not medically stable to attend" the scheduled arraignment. In light of his medical instability and present in-patient care, I ask that the arraignment be adjourned for 60 days to allow time for Mr. Marrero to hopefully make progress toward a recovery such that he can in the future meaningfully participate in a court proceeding, and to allow time for the defense to engage with the Government about possible next steps in light of what has happened to Mr. Marrero.

  The Government consents to this adjournment request.

Application granted. The arraignment is adjourned to April 5, 2024 at 11:00 a.m. Time is excluded until April 5, 2024, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 19, 2024

Respectfully submitted,

/s/ *Max Nicholas*
_____
Max Nicholas LLC
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
max@maxnicholasllc.com